UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Paula Good Shield,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Andrew Saul Commissioner<br>of Social Security,<br><br>　　　　　　　Defendant. | CIV. 20-4041-VLD<br><br><br>**ORDER GRANTING<br>ATTORNEY FEES AND<br>EXPENSES TO PLAINTIFF** |

　　Plaintiff moves for an award of attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Defendant has not objected.  Therefore, it is

　　ORDERED that the Commissioner will pay to Plaintiff reasonable attorney fees in the amount of $9,637.82 (representing $9,049.60 in attorney fees and $588.22 in South Dakota sales tax) and $21.00 in EAJA expenses for postage.

　　IT IS FURTHER ORDERED that if it is determined upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. If there is a debt owed under the Treasury Offset Program, the remaining fee after offset will be paid by a check made out to Plaintiff, c/o the Plaintiff's Attorney, and delivered to the attorney.

　　Dated this __18th__ day of __May__ 20__21__.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　VERONICA L. DUFFY
　　　　　　　　　　　　　　　　　　United States Magistrate Judge